IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01514-RPM-CBS

MARCELLO MASSERAN,

    Plaintiff,

v.

SILVERMAN LAW FIRM PC, Attorneys at Law, and
John and Jane Does 1-10,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

    Upon consideration of the Recommendation of United State Magistrate Judge Craig B. Shaffer entered on December 19, 2008, it is

    ORDERED that this civil action is dismissed with prejudice.

    DATED: February 11th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge